United States District Court

Eastern District of California

Dennis Patrick McKnight,

    Petitioner,               No. Civ. S 05-2430 MCE PAN P

  vs.                        Order

D. L. Runnels, Warden,

    Respondent.

-oOo-

    November 15, 2005, the court directed petitioner to file an amended habeas application naming the proper respondent in <u>McNight v. United States District Court</u>, No. Civ. S 05-2262 LKK PAN P.  December 2, 2005, petitioner filed a first-amended petition naming D. L. Runnels as the respondent but did not write the case number in the caption and so the clerk of the court opened a new case.

    With the exception of the named respondent, the petition in this case is identical to the petition in <u>McNight v. United</u>

1 States District Court, No. Civ. S 05-2262 LKK PAN P.

2     Accordingly, the clerk of the court is directed to place the
3 petition in this case into the file for McNight v. United States
4 District Court, No. Civ. S 05-2262 LKK PAN P and to close this
5 case.

6     So ordered.

7     Dated:  December 13, 2005.

8
9                              /s/ Peter A. Nowinski
                             PETER A. NOWINSKI
                             Magistrate Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26